JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 21 2008

- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA                :

     - v. -                           :       Indictment

PETROLINA RODRIGUEZ,                    :       08 Cr.

     Defendant.                       

**08 CRIM 791**

- - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

From at least in or about July 2007, up to and including in or about September 2007, in the Southern District of New York and elsewhere, PETROLINA RODRIGUEZ, the defendant, unlawfully, intentionally, and knowingly, used a communication facility in committing and in causing and facilitating the commission of an act constituting a felony under subchapter I of Title 21, United States Code, to wit, RODRIGUEZ used, and aided and abetted the use of, a telephone in committing the felony of distributing and possessing with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

       (Title 21, United States Code, Section 843(b);
        Title 18, United States Code, Section 2.)


_____                 _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

PETROLINA RODRIGUEZ,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 2; 21 U.S.C. § 843(b).)

```
                              MICHAEL J. GARCIA
                           United States Attorney.

                              A TRUE BILL


                                              Foreperson.
```